165 So. 918
**Joe JOHNSON v. CITY OF HUNTSVILLE.**
**8 Div. 204.**

Court of Appeals of Alabama.
Feb. 4, 1936.

RICE, Judge.
Affirmed.

175 So. 922
**Fred JOHNSON v. STATE.**
**7 Div. 317.**

Court of Appeals of Alabama.
June 8, 1937.

BRICKEN, Presiding Judge.
Appeal dismissed.

169 So. 910
**Garrett JOHNSON v. STATE.**
**4 Div. 195.**

Court of Appeals of Alabama.
June 2, 1936.

BRICKEN, Presiding Judge.
Affirmed.

164 So. 920
**Ike JOHNSON v. STATE.**
**6 Div. 939.**

Court of Appeals of Alabama.
Dec. 17, 1935.

RICE, Judge.
Affirmed.

165 So. 918
**Irene JOHNSON v. STATE.**
**6 Div. 940.**

Court of Appeals of Alabama.
Jan. 21, 1936.

BRICKEN, Presiding Judge.
Affirmed.

168 So. 906
**Jesse JOHNSON v. STATE.**
**6 Div. 919.**

Court of Appeals of Alabama.
May 12, 1936.

PER CURIAM.
Appeal dismissed.

168 So. 905
**Joe JOHNSON v. STATE.**
**6 Div. 898.**

Court of Appeals of Alabama.
May 12, 1936.

SAMFORD, Judge.
Appeal dismissed.

167 So. 921
**Jonie JOHNSON v. CITY OF HUNTSVILLE.**
**8 Div. 206.**

Court of Appeals of Alabama.
March 3, 1936.

BRICKEN, Presiding Judge.
Affirmed.